**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD GRISSOM,<br><br>         Petitioner,<br><br>   v.<br><br>FRED FOULK, Warden,<br><br>         Respondent. | Case No. EDCV 14-0215 SJO (SS)<br><br>**ORDER ACCEPTING AND MODIFYING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge, with the following modification. The final sentence of the first paragraph on page three of the Report is amended to read: "That same day, Petitioner was sentenced to an indeterminate term of 39 years to life in state court on the attempted voluntary manslaughter charge in Count One, and a

1  determinate two-year term on the false imprisonment charge in
2  Count Two, to be served consecutively."
3
4  **IT IS ORDERED** that the Petition is denied and Judgment shall
5  be entered dismissing this action with prejudice.
6
7  **IT IS FURTHER ORDERED** that the Clerk serve copies of this
8  Order and the Judgment herein on Petitioner and counsel for
9  Respondent.
10
11  **LET JUDGMENT BE ENTERED ACCORDINGLY.**
12
13  Dated: October 15, 2014.
14  
  S. JAMES OTERO
  UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2