1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HOWARD GRISSOM,                    Case No. EDCV 14-0215 SJO (SS)

12             Petitioner,

13        v.                            **JUDGMENT**

14   FRED FOULK, Warden,

15             Respondent.

16

17        Pursuant to the Court's Order Accepting Findings,

18   Conclusions and Recommendations of United States Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   Dated: October 15, 2014.

25                                      S. JAMES OTERO
                                        UNITED STATES DISTRICT JUDGE
26

27

28